KELLY v. BLACKWELL

No. 98P96

Case below: 121 N.C.App. 621

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

KIRK v. STATE OF N.C. DEPT. OF CORRECTION

No. 551PA95

Case below: 121 N.C.App. 129

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 April 1996.

LEWIS v. NATIONWIDE MUTUAL INS. CO.

No. 559P95

Case below: 120 N.C.App. 883

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

LOWERY v. BARNHILL CONTRACTING CO.

No. 9A96

Case below: 121 N.C.App. 220

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 3 April 1996.

MOBLEY v. VERMONT AMERICAN CORP.

No. 88P96

Case below: 121 N.C.App. 626

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.